1
2
3
4
5
6
7
8    UNITED STATES DISTRICT COURT

9    CENTRAL DISTRICT OF CALIFORNIA

10

11   MICHAEL FLORES,                    )    No.  CV 17-8116-MWF (AGR)
                                         )
12              Petitioner,             )
                                         )    ORDER ACCEPTING FINDINGS AND
13        v.                            )    RECOMMENDATION OF UNITED
                                         )    STATES MAGISTRATE JUDGE
14   STUART SHERMAN,                    )
     Warden,                            )
15                                       )
                Respondent.             )
16   _____)

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo,

19   including the First Amended Petition for Writ of Habeas Corpus and the Report and

20   Recommendation.  No objections to the Report have been filed.  The Court accepts

     the findings and recommendation of the Magistrate Judge.
21
          IT IS ORDERED that Respondent's motion to dismiss is GRANTED IN PART
22
     AND DENIED IN PART as follows:
23
          (1) The portions of the First Amended Petition's ("FAP") grounds for relief that
24
     are based on facts and evidence presented or available at Petitioner's 2009 trial are
25
     dismissed; and
26
          (2) Respondent is ordered to file an answer addressing the timely portions of
27
     the FAP's grounds for relief.
28

1    This matter is referred back to the Magistrate Judge for further proceedings.

2

3    Dated: August 18, 2023

4                                                    MICHAEL W. FITZGERALD
                                                     United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28