JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FLORES, <br><br> Petitioner, <br><br> v. <br><br> STUART SHERMAN, <br><br> Respondent. | No.: CV 17-8116-MWF (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that judgment is entered denying the First Amended Petition for Writ of Habeas Corpus and this action is dismissed with prejudice

DATED: August 21, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge